
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED   AUG - 7 2025

CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

## INDICTMENT FOR DISTRIBUTION OF CONTROLLED SUBSTANCES <u>AND NOTICE OF FORFEITURE</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- 104-SDD-EWD |
| | : | |
| *Versus* | : | |
| | : | |
| JAVIER BROWN, | : | 21 U.S.C. § 841(a)(1) |
|   a.k.a. "J," | : | 21 U.S.C. § 853(p) |
| JARVIS BOWIE, | : | 28 U.S.C. § 2461(c) |
|   a.k.a. "Blood," and | : | |
| MICHAEL D. JACKSON | : | |
|   a.k.a. "M.J." | : | |

## <u>THE GRAND JURY CHARGES:</u>

### <u>COUNT ONE</u>
(Distribution of Controlled Substances)

On or about June 11, 2025, in the Middle District of Louisiana, **JAVIER BROWN**, a.k.a. "J," and **JARVIS BOWIE**, a.k.a. "Blood," defendants herein, did knowing and intentionally distribute mixtures and substances containing detectable amounts of methamphetamine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and tapentadol, Schedule II controlled substances, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

USA Sealed Group
USM
USPO

## COUNT TWO
(Distribution of Fentanyl)

On or about June 12, 2025, in the Middle District of Louisiana, **JARVIS BOWIE**, a.k.a. "Blood," and **MICHAEL D. JACKSON**, a.k.a. "M.J.," defendants herein, did knowing and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in the Indictment, **JAVIER BROWN**, a.k.a. "J," **JARVIS BOWIE**, a.k.a. "Blood," and **MICHAEL D. JACKSON**, a.k.a. "M.J.," defendants herein, shall forfeit to the United States pursuant to Title 21. United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred, or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United State, pursuant to Title 21, United States Code, Section 853(p), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property

described above.

UNITED STATES OF AMERICA, BY

**A TRUE BILL**

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

<span style="color:red">**REDACTED
PER PRIVACY ACT**</span>
GRAND JURY FOREPERSON

ELI J. ABAD
ASSISTANT UNITED STATES ATTORNEY

8/7/25

DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Sean Heneghan

**Matter to be sealed:** ✔ Yes ☐ No

Related Case Information:

Superseding Ind. ☐  Docket Number _____

Same Defendant ☐  New Defendant ☐

Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: JAVIER BROWN

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Eli J. Abad

Bar #: LBN 34412

**Interpreter:** ☐ Yes ✔ No

**List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?**  ☐ Yes  ✔ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) | Distribution of Controlled Substances | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 8/7/2025   Signature of AUSA: _____

# Criminal Cover Sheet      U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Sean Heneghan

**Defendant Information:**

Defendant Name: JARVIS BOWIE

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ___ Race: _____ Nationality: _____

**Matter to be sealed:** ☑ Yes ☐ No

Related Case Information:

Superseding Ind. ☐   Docket Number _____

Same Defendant ☐   New Defendant ☐

Magistrate Case Number: _____

Search Warrant Case No.: _____

R 20/ R 40 from District of: _____

**Any Other Related Cases:** _____

**U.S. Attorney Information:**

AUSA: Eli J. Abad      Bar #: LBN 34412

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

**Mandatory Minimum Charged?**

☐ Yes ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|------------------------------|
| 21:841(a)(1) | Distribution of Controlled Substances | 1 | F |
| 21:841(a)(1) | Distribution of Fentanyl | 2 | F |
| | | | |
| | | | |

(May be continued on second sheet)

Date: _____    Signature of AUSA: _____

# Criminal Cover Sheet      U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

   \*Investigating Agency: ATF

   \*Agent: Sean Heneghan

**Matter to be sealed:** ☑Yes ☐No

Related Case Information:

Superseding Ind. ☐   Docket Number _____

Same Defendant ☐   New Defendant ☐

Magistrate Case Number: _____

Search Warrant Case No.: _____

R 20/ R 40 from District of: _____

**Any Other Related Cases**: _____

**Defendant Information:**

Defendant Name: MICHAEL D. JACKSON

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Eli J. Abad     Bar #: LBN 34412

**Interpreter:** ☐Yes ☑No     **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?**

☐ Yes   ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:841(a)(1) | Distribution of Fentanyl | 2 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: _____     Signature of AUSA: _____