**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 25-104-SDD-EWD |
| | : | |
| JAVIER BROWN, | : | |
| a.k.a. "J." | : | |

## <u>NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY</u>

NOW INTO COURT comes the United States of America through Ellison C. Travis, Acting United States Attorney for the Middle District of Louisiana, by Eli J. Abad, Assistant United States Attorney, and respectfully represents that the defendant herein, JAVIER BROWN, has advised the United States of his intent to plead guilty as charged. The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The parties concur that this Notice obviates the need for a trial and interrupts the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(1)(D). See <u>United States v. Dignam</u>, 716 F.3d 915, 924-25 (5th Cir. 2013).

Dated and submitted this 8th day of October, 2025, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ Eli J. Abad
Eli J. Abad, LBN 34412
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: eli.abad@usdoj.gov